■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER NUNEZ, Appellant. [716 NYS2d 886] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered December 22, 1997, convicting him of robbery in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Santucci, Altman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH OYAGUE, Appellant. [716 NYS2d 887] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 3, 1997 (*People v Oyague,* 237 AD2d 311), affirming a judgment of the County Court, Suffolk County, rendered February 5, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Altman and Luciano, JJ., concur.